

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2015

No. 04-14-00549-CR

Leopoldo **CORTEZ-LEIJA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5438
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court